Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.: 17−30669−CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hedvig Hoffman
   57 Spring Hill Road
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−6872

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 25, 2017
JAN: admi

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Hedvig Hoffman  
      Debtor

Case No. 17-30669-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2017  
                    Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.  
db          +Hedvig Hoffman,   57 Spring Hill Road,   Skillman, NJ 08558-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11      U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07      United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ 07102-5235

                                                                                                      TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 25, 2017 at the address(es) listed below:  
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,    bcrowley@mcdonnellcrowley.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com  
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation    rsolarz@kmllawgroup.com  
         Thaddeus R. Maciag    on behalf of Debtor Hedvig  Hoffman MaciagLaw1@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                          TOTAL: 5