UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: <u>17-30669 (CMG)</u>

HEDVIG HOFFMAN  Chapter: <u>     7     </u>

Judge: <u>Christine M. Gravelle</u>

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

---

<u>John M. McDonnell        </u>, <u>Chapter 7 Trustee        </u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>Office of the Clerk Clarkson S. Fisher<br>US Courthouse 402<br>East State Street Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>March 6, 2018</u> at <u>10 a.m.</u> at the United States Bankruptcy Court, courtroom no. <u>3</u>, <u>U.S. Bankruptcy Court 402 E. State Street, Trenton, NJ </u>(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Trustee's claims as to certain property/assets |
|---|---|

Pertinent terms of settlement:

Following good faith negotiations, John M. McDonnell, not individually or personally but as the chapter 7 trustee (the "Trustee") for the estate for Hedvig Hoffman, the chapter 7 debtor (the "Debtor") Raymond Hoffman (the "Non-Debtor Spouse" and together with the Trustee, the "Parties"), in the above captioned case, and the Debtor and the Non-Debtor Spouse desire to settle certain claims the Trustee asserts against the Debtor and the Non-Debtor Spouse, to avoid further costs of litigation on the terms set forth in a Stipulation and Consent Order (as defined below).

The Trustee, proposes, through his motion (the "9019 Motion"), and application filed in support thereof, for entry of an order approving the proposed stipulation and consent order (the "Stipulation and Consent Order") between the Trustee, the Non-Debtor Spouse, and the Debtor, and granting related relief, pursuant to section 105(a) of Bankruptcy Code, and Bankruptcy Rule 9019. *See* Docket No. 21. Interested parties should refer to the 9019 Motion and the documents filed in support thereof, including, the Stipulation and Consent Order, for the complete and detailed substance and information thereof.

By way of brief summary, the Trustee has asserted his right to certain property/assets, specifically interest in certain joint bank account(s) held with the Non-Debtor Spouse, that the estate claims an ownership interest. The Stipulation and Consent Order is subject to approval by the Bankruptcy Court and shall become effective on the date it is approved by the Bankruptcy Court (the "Effective Date"). The Debtor shall pay to the Trustee the sum of $30,000 (the "Settlement Funds"), within seven (7) days of the Effective Date. The Parties exchange certain claim waivers.

The Stipulation and Consent Order is not meant in any way to resolve any claims the Trustee and/or the estates may have against third parties. The Trustee, in his business judgment, believes that such settlement is in the best interest of the estate and its creditors because such payment may produce a distribution to unsecured creditors, without the uncertainty and length of potential litigation.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | McDonnell Crowley, LLC |
| Address: | 115 Maple Ave., Red Bank, NJ 07701 |
| Telephone No.: | (732)383-7233 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Hedvig Hoffman  
    Debtor

Case No. 17-30669-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 01, 2018  
                 Form ID: pdf905     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
```
db            +Hedvig Hoffman,    57 Spring Hill Road,    Skillman, NJ 08558-1417
acc           +Speed Financial Services,    99 Morris Ave.,    Springfield, NJ 07081-1421
517116968     +CitiBank Mastercard,    PO Box 6500,    Sioux Falls, SD 57117-6500
517116969     +Helena Fajczi,    144 Eric Lane,    Lansdale, PA 19446-6621
517116970     +Santander Bank NA Card Serv,    PO Box 12768,    Reading, PA 19612-2768
517116971     +Toyota Financial Services,    P.O. Box 6855,    Carol Stream, IL 60197-6855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 02:10:24      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 02:10:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517116972*    +Toyota Financial Services,    P.O. Box 6855,    Carol Stream, IL 60197-6855
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
```
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Thaddeus R. Maciag    on behalf of Debtor Hedvig  Hoffman MaciagLaw1@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```