UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-30669

Hedvig Hoffman

Chapter: 7

Judge: Gravelle

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I ____Gary A. Nau____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Settlement between the Trustee, the Debtor and the Non-Debtor Spouse.

JEANNE A. NAUGHTON, Clerk

Date: 2/28/2018    By: Gary A. Nau

*rev.2/10/17*