Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30669−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hedvig Hoffman
  57 Spring Hill Road
  Skillman, NJ 08558

Social Security No.:
  xxx−xx−6872

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       4/3/18
Time:       02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Speed Financial Services, Inc. Accountants

COMMISSION OR FEES
$2,129.50

EXPENSES
$25.20

Creditors may be heard before the applications are determined.

  In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 5, 2018
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-30669-CMG
Hedvig Hoffman                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin              Page 1 of 1        Date Rcvd: Mar 05, 2018
                           Form ID: 137             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.
```
db          +Hedvig Hoffman,    57 Spring Hill Road,    Skillman, NJ 08558-1417
acc         +Speed Financial Services,    99 Morris Ave.,    Springfield, NJ 07081-1421
517116968   +CitiBank Mastercard,    PO Box 6500,    Sioux Falls, SD 57117-6500
517116969   +Helena Fajczi,    144 Eric Lane,    Lansdale, PA 19446-6621
517362775   +Raymond Hoffman,    57 Spring Hill Road,    Skillman, NJ 08558-1417
517116970   +Santander Bank NA Card Serv,    PO Box 12768,    Reading, PA 19612-2768
517116971   +Toyota Financial Services,    P.O. Box 6855,    Carol Stream, IL 60197-6855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2018 01:14:53      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2018 01:14:51      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517365641   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2018 01:20:56
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                            TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517116972*  +Toyota Financial Services,    P.O. Box 6855,    Carol Stream, IL 60197-6855
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:
```
            Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
             bcrowley@mcdonnellcrowley.com
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
            Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
             rsolarz@kmllawgroup.com
            Thaddeus R. Maciag    on behalf of Debtor Hedvig  Hoffman MaciagLaw1@aol.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```