| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation |
| In Re:<br>      Hoffman, Hedvig |

Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   17-30669 CMG

Hearing Date: March 6, 2018

Judge:  Christine M. Gravelle

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2017 TOYOTA TUNDRA, VIN: 5TFAY5F12HX615498**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                      Case No. 17-30669-CMG
Hedvig Hoffman                                              Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Mar 06, 2018
                              Form ID: pdf903          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db             +Hedvig Hoffman,    57 Spring Hill Road,    Skillman, NJ 08558-1417
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Thaddeus R. Maciag    on behalf of Debtor Hedvig  Hoffman MaciagLaw1@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```