UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel to John M. McDonnell,*
  *Chapter 7 Trustee*

**Order Filed on April 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

HEDVIG HOFFMAN,

    Debtor.

Case No. 17-30669 (CMG)

Honorable Christine M. Gravelle

Chapter 7

# ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
## MCDONNELL CROWLEY, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 3, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors: Hedvig Hoffman

Case No.: 17-30669 (CMG)

Caption of Order: Order Granting First and Final Allowances to McDonnell Crowley, LLC

---

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>*Counsel to John M. McDonnell,*<br> *Chapter 7 Trustee* | $ 9452.50 | $ 86.70 |