

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

**Order Filed on April 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HEDVIG HOFFMAN,<br><br>　　　　　Debtor. | Case No. 17-30669 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |

## ORDER AUTHORIZING TRUSTEE TO DESTROY
## AND/OR ABANDON CERTAIN BOOKS AND RECORDS
## OF DEBTOR; AND GRANTING RELATED RELIEF

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: April 3, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:            Hedvig Hoffman

Case No.:          17-30669 (CMG)

Caption of Order:  Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Hedvig Hoffman, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.