Caption in Compliance with D.B,H, KBR 9004-2 ( c )

Speed Financial Services, Inc.
99 Morris Avenue
Springfield, New Jersey 07081
(973) 912-8216

**Order Filed on April 3, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.    17-30669(CMG) |
|---|---|
| HEDVIG HOFFMAN | Honorable Christine M. Gravelle |

### ORDER GRANTING FIRST AND FINAL ALLOWANCE OF FEES TO ACCOUNTANTS TO CHAPTER 7 TRUSTEE

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**

**DATED: April 3, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: Hedvig Hoffman

Docket No: 17-30669 (CMG)

Caption of Order: Order Granting First and Final Allowances of Fees to Accountants to Chapter 7 Trustee

---

Upon Consideration of the application of Speed Financial Services, Inc., Accountants to the John M. McDonnell, Chapter 7 trustee; and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein: and no objections to the allowance of such fees and expenses having files with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

**ORDERED** that Speed Financial Services, Inc., be and the same are herby awarded a first and final allowance of fees in the amount of $2,129.50, together with reimbursement of actual out of pocket disbursements in the sum of $25.20, for a total award of $2,154.70.

United States Bankruptcy Court
District of New Jersey

In re:  
Hedvig Hoffman  
       Debtor

Case No. 17-30669-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 04, 2018  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.  
db         +Hedvig Hoffman,   57 Spring Hill Road,   Skillman, NJ 08558-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         Thaddeus R. Maciag    on behalf of Debtor Hedvig  Hoffman MaciagLaw1@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                           TOTAL: 6